## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-02600 |
| Deborah A Levine | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation to increase the plan payment to $1,167 a month commencing with the July 2024 plan payment and then to $1,252 a month commencing with the November 2025 plan payment.

2. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *Jacqueline P. Cox*

_____

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  July 08, 2024

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor:
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600